# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bobby J. Oldham,

    Plaintiff(s),

vs.

(FNU) Hildreth, Nurse, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-420

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2006 Order.

**Signed: October 10, 2006**

Frank G. Johns, Clerk
United States District Court